IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) CASE NO. 3:19-cv-596-PPS-MGG |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| COFFEL VENDING COMPANY, | )<br>)<br>) |
| Defendant | )<br>) |

**JOINT MOTION FOR ENTRY OF A CONSENT DECREE**

Plaintiff, the Equal Employment Opportunity Commission, and Defendant, Coffel Vending Company, jointly move the Court to approve and enter the proposed Consent Decree submitted with this Motion. In support of this Motion, the parties state as follows:

1. The parties desire to resolve this matter without the burden and expense of further litigation.

2. The intent of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981, will be realized by entry of the attached Consent Decree.

3. This Consent Decree is intended to and does resolve all matters in dispute between the EEOC and Coffel Vending as provided in paragraphs 1 through 30 of the Consent Decree.

WHEREFORE the parties jointly request that the Court approve and enter their proposed Consent Decree.

Respectfully submitted,

| | |
|---|---|
| *s/Robin M. Lybolt* | *s/ Michael J. Hays* |
| Robin M. Lybolt (20999-30) | Michael J. Hays (23606-71) |
| Trial Attorney | Elizabeth A. Klesmith (32035-71) |
| Equal Employment Opportunity Commission | TUESLEY HALL KONOPA LLP |
| 101 West Ohio Street, Ste. 1900 | 212 E. LaSalle Ave., Suite 100 |
| Indianapolis, IN 46204 | South Bend, IN 46617 |
| (463) 999-1195 | (574) 232-3538 |
| robin.lybolt@eeoc.gov | mhays@thklaw.com |
| | eklesmith@thklaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |